JS - 6/ENTER

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BRIAN KIM,<br><br>     Petitioner,<br><br>    v.<br><br>LYDIA C. HENSE, WARDEN,<br><br>     Respondent. | Case No. EDCV 08-00138 AHM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation, as modified by the Court's order approving and adopting the Report and Recommendation.

Dated: May 11, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS - 6